IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON DANIEL MUELLER,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MEYERS, Warden of Douglas County Corrections;<br><br>　　　　　Respondent. | **8:20CV459**<br><br>**ORDER** |

　　　　Mr. Muller has filed a § 2241 petition alleging that he is being held by Douglas Corrections, Nebraska on an extradition warrant. He challenges that action but fails to give me the docket number of the case or the court. Therefore, I cannot review his petition.

　　　　IT IS ORDERED that:

1. No later December 24, 2020 Mr. Muller shall file an amended § 2441 petition clearly stating the docket number (not his inmate number) of the Douglas County case and the court (county or district) that currently has jurisdiction over him.

2. Failure to comply with this order may result in dismissal of this case without prejudice.

3. The Clerk shall provide Mr. Muller with the form for a § 2241 petition when serving this order.

　　　　Dated this 23rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge