IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON DANIEL MUELLER,<br><br>    Petitioner,<br><br>vs.<br><br>MEYERS, Warden of Douglas County Corrections;<br><br>    Respondent. | 8:20CV459<br><br>**ORDER** |

  On November 23, 2020, the court directed Petitioner Jason Daniel Mueller to file an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 that clearly identified the case number and the court that currently has jurisdiction over him. (Filing 8.) To date, Petitioner has not filed an amended petition, and the time in which to do so has passed. Moreover, on November 23, 2020 and December 7, 2020, the two previous orders sent to Petitioner at his last known address were returned to this court as undeliverable. (*See* Filings 7 & 9.) This case cannot be prosecuted in this court when Petitioner's whereabouts are unknown. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).

  IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this court's orders. No certificate of appealability has been or will be issued. The court will enter judgment by a separate document.

2

Dated this 4th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge